UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV - 9 2011
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

HECTOR ROSALES-TRUJILLO (02),

              Defendant.

CASE NO. 91CR1166-AJB

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ the Court has dismissed the case for unnecessary delay; or

__X__ of the offense(s) as charged in the Indictments:

    21:841(a)(1), 846 -Conspiracy to manufacture Methamphetamine
    21:841(a)(1),18:2 aid & abet -Manufacture of Methamphetamine
    ~~21:856(a)(2),846 -Consp to establish a place for a drug operation~~
    21:856(a)(2),18:2 aid & abet establishment of a place for a drug operation
    18:1956(a)(1)(A)(i),18:2 aid & abet money laundering
    26:7206 - Subscribing to a false tax return

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/17/11

                            ANTHONY J. BATTAGLIA
                            UNITED STATES DISTRICT JUDGE